# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE RAH,**<br>Plaintiff,<br>vs.<br>**ASIANA AIRLINES INC, ET AL.,**<br>Defendants. | CASE NO. 14-cv-05603-YGR<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATEMENT AND FAILURE TO APPEAR AT COMPLIANCE HEARING**<br><br>Re: Dkt. No. 101 |

**TO PLAINTIFF RAH, THIRD PARTY HANA FINANCIAL, INC. AND THEIR COUNSEL OF RECORD**:

You are **HEREBY ORDERED TO SHOW CAUSE** why each party should not be sanctioned in the amount of $200 for failure to comply with this Court's re Motions for Adjudication of Claims to Funds Deposited in the Court Registry, (1) requiring parties to file a joint status update regarding state court matter *Eugene Rah v. Hana Financial, Inc.*, Los Angeles County Superior Court Case No. BC715687 or an explanation regarding their failure to comply by no later than October 26, 2018 and (2) setting a compliance hearing for November 2, 2018 on the Court's 9:01 a.m. calendar. (Dkt. No. 101.) This Order was issued on August 3, 2018. (*Id.*)

A hearing on this Order to Show Cause will be held on **Friday, November 16, 2018**, on the Court's 9:01 a.m. Calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. By no later than **Friday, November 9, 2018**, the parties must file a single joint written response to this Order to Show Cause, including an update regarding state court matter *Eugene Rah v. Hana Financial, Inc.*, Los Angeles County Superior Court Case No. BC715687.

If the Court is satisfied with the parties' response, the hearing may be taken off calendar and the parties need not appear. Otherwise, lead trial counsel must personally appear at the hearing. Neither a special appearance nor a telephonic appearance will be permitted. Failure to file a joint statement, written response, or to appear personally will be deemed an admission that

no good cause exists and that the imposition of monetary sanctions is appropriate.

**IT IS SO ORDERED.**

Dated: November 2, 2018

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**