# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**EUGENE RAH,**

       Plaintiff**,**

    vs.

**ASIANA AIRLINES INC, ET AL.,**

       Defendants**.**

CASE NO. 14-cv-05603-YGR

**ORDER VACATING HEARING ON ORDER TO SHOW CAUSE AND SETTING COMPLIANCE HEARING**

Re: Dkt. Nos. 106, 107

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

Having reviewed and considered the written response to the Order to Show Cause, the Court is satisfied with the parties' submission and accordingly, **VACATES** the hearing scheduled for Friday, November 16, 2018. No further action will be taken with respect to that Order.

A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, April 12, 2019**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) a joint status report on the progress of the state court matter *Eugene Rah v. Hana Financial, Inc.*, Los Angeles County Superior Court Case No. BC715687; or (b) a one-page joint statement setting for an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion.

    **IT IS SO ORDERED.**

Dated: November 14, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**